## COMMONWEALTH of Pennsylvania, Respondent

v.

## Thomas SPERBER, Petitioner.

Supreme Court of Pennsylvania.

May 25, 2004.

### ORDER

PER CURIAM:

AND NOW, this 25th day of May 2004, the Petition for Allowance of Appeal is GRANTED. The judgment of sentence is VACATED and the matter is REMANDED to the trial court for re-sentencing consistently with this Court's recent decision in *Commonwealth v. Williams*, 574 Pa. 487, 832 A.2d 962 (2003).